PROB 12A
(6/21)

# United States District Court

for

District of New Jersey

Report on Individual Under Supervision

Name of Individual Under Supervision: Vincent Rochester         Cr.: 20-00071-001
                                                                PACTS #: 6501751

Name of Sentencing Judicial Officer:   THE HONORABLE CLAIRE C. CECCHI
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/03/2020

Original Offense:   Count One: Felon in Possession of Firearm and Ammunition, 18 U.S.C. Section 922(g)(1)

Original Sentence: 30 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Gang Associate/Member, Gang Restriction Court Ordered, Life Skills Counseling, Education/Training Requirements, Forfeiture, Place Restriction Area

Type of Supervision: Supervised Release          Date Supervision Commenced: 01/18/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On June 20, 2023, Mr. Rochester submitted a urinalysis sample that tested positive for marijuana and oxycodone. |

U.S. Probation Officer Action:

The probation office reprimanded Mr. Rochester for continuing to use marijuana. This is his second noncompliance report to Your Honor. We will now refer Mr. Rochester for a substance abuse evaluation and treatment. Our office will continue to monitor Mr. Rochester's compliance closely and notify the Court should any additional instances of non-compliance arise. At this time, no court action is recommended.

Prob 12A – page 2
Vincent Rochester

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  RICHARD J. PASTRANA
U.S. Probation Officer

/ rjp

APPROVED:

_____   06/26/2023
KEVIN M. VILLA                                Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☒ No Formal Court Action to be taken at this time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

6/28/2023
Date